John J. Crowe, Trading as John J. Crowe and Company, Appellee, v. Elsinor Apartments, Inc., Appellant.

Gen. No. 41,751.

Heard in third division, first district, this court at June term, 1941; opinion filed June 24, 1942. Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellant; I. E. Ferguson and Jesse H. Brown, of counsel; J. Edward Newberger and Frankel & Frankel, for appellee; Barnie E. Frankel, of counsel. PER CURIAM. "Not to be published in full."